# PECHMAN LAW GROUP PLLC
A T T O R N E Y S  A T  L A W

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

February 19, 2020

**VIA ECF**

Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

> APPLICATION GRANTED
> SO ORDERED [signature]
> VERNON S. BRODERICK
> U.S.D.J. 2/21/2020
>
> The parties are directed to file a joint letter updating me with the status of settlement on or before March 25, 2020.

Re: *Kokolli et ano. v. Marc/Shariff Restaurant Inc. et al.*
No. 19 Civ. 6452 (VSB)(KHP)

Dear Judge Broderick:

The parties submit this joint letter to request a stay *sine die* of the February 25, 2020 deposition deadline and the March 25, 2020 discovery deadline in this matter. The parties have continued to engage in settlement discussions and have narrowed the gap between Plaintiffs' demand and Defendants' counteroffer. In an effort to reach a resolution of this matter, rather than the parties exhausting resources on depositions and additional discovery, the parties plan to schedule a settlement conference before Judge Parker and will be submitting a request for such by February 21, 2020. This is the first adjournment request for these discovery deadlines.

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Gregory S. Slotnick*

Gregory S. Slotnick

cc: All Counsel of Record (via ECF)