UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARBNOR KOKOLLI, ZAHIRUL ISLAM,

                Plaintiffs,

    -against-

MARC/SHARIFF RESTAURANT INC., et al.,

                Defendants.
------------------------------------------------------------X

19-cv-6452 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

In light of the ongoing national health crisis surrounding COVID-19 it is hereby:

ORDERED that the post-discovery conference scheduled for April 9, 2020, is adjourned *sin die*. The parties are directed to file a joint letter indicating whether any discovery remains to be completed, and whether there are any outstanding discovery disputes between the parties. If no issues remain, the parties are directed to file a proposed briefing schedule for summary judgment motions, if either party intends to make such a motion, or proposed trial dates.

SO ORDERED.

Dated: March 23, 2020
      New York, New York

Vernon S. Broderick
United States District Judge